IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS,<br><br>  Plaintiff,<br><br>  v.<br><br>PAR PHARMACEUTICAL, INC., and PAR<br>PHARMACEUTICAL COMPANIES, INC.,<br><br>  Defendants. | C.A. No. 10-801-UNA |

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Defendant Par Pharmaceutical, Inc., a nongovernmental corporate entity, has the following publicly held parent corporation that owns 10% or more of its stock:

Par Pharmaceutical Companies, Inc.

| | |
|---|---|
| Of Counsel:<br>Daniel G. Brown<br>J. Andrea Park<br>Omar Jabri<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>(212) 999-5800<br><br>Dated: September 27, 2010 | /s/ Steven J. Fineman<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>Fineman@rlf.com<br>Stephen M. Ferguson (#5167)<br>Ferguson@rlf.com<br>Richards, Layton, & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and have electronically mailed to the following:

Steven J. Balick
Tiffany Geyer Lydon
Caroline Hong
Ashby & Geddes
500 Delaware Avenue - 8th Floor
Wilmington, DE 19801

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Fineman@rlf.com

3613503v.1